Christian J. Rowley (SBN 187293)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: crowley@seyfarth.com

Attorneys for Defendant
KINDERCARE LEARNING CENTERS, INC.

Donald J. Beck (SBN 70108)
LAW OFFICE OF DONALD J. BECK
2217 Galveston Street
San Diego, CA 92110
Telephone: (619) 990-2524
Facsimile: (619) 295-0172
Email: don@djbecklaw.com

Attorneys for Plaintiffs
HUNTER QUINN BUCKMAN-FALDUTI;
MICHELLE RALEIGH;
THERESA BUCKMAN-FALDUTI & TODD FALDUTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER QUINN BUCKMAN-FALDUTI, a minor, by and through his guardian ad litem, MICHELLE RALEIGH; THERESA BUCKMAN-FALDUTI, an individual; TODD FALDUTI, an individual<br><br>Plaintiffs,<br><br>v.<br><br>KINDERCARE LEARNING CENTERS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  C 08-04778 JCS<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT** |

From: E & B    Case 3:08-cv-04778-JCS   Document 7   Filed 11/24/2008   Page 2 of 2    #326 P.002/002
NOV-20-2008 15:09 FROM:                                           TO:6192950172                P.4/4

# STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate to extend the deadline to December 12, 2008 for Defendant to Answer or otherwise respond to the Complaint. This stipulation will not affect or alter any deadline previously set by Court order.

IT IS SO STIPULATED.

Date: November 20, 2008                    SEYFARTH SHAW LLP

                                           By: _____
                                           CHRISTIAN J. ROWLEY
                                           Attorneys for Defendant

Date: November 20, 2008                    LAW OFFICE OF DONALD J. BECK

                                           By: _____
                                           DONALD J. BECK
                                           Attorneys for Plaintiffs

Dated: Nov. 21, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR RESPOND TO COMPLAINT
CASE NO. C 08-04778 JCS