1   SEYFARTH SHAW LLP
Jay W. Connolly (State Bar No. 114725) jconnolly@seyfarth.com
2   Giovanna A. Ferrari (State Bar No. 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
3   San Francisco, California  94105-2930
Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549
Email: gferrari@seyfarth.com

5

Attorneys for Defendant
6   KINDERCARE LEARNING CENTERS, INC.

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  THERESA BUCKMAN–FALDUTI, an individual; TODD FALDUTI, and individual, | Case No. C 08-04778 CW |
| 12            Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR COURT ORDERED MEDIATION** |
| 13      vs. | |
| 14 | |
| 15  KINDERCARE LEARNING CENTERS, INC., a Delaware corporation, | |
| 16         Defendant. | |

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR COURT ORDERED MEDIATION
CASE NO. C 08-04778 CW

1    Pursuant to ADR Local Rule 5-5 and Local Rules 6-2 and 7-12, Defendant

2    KINDERCARE LEARNING CENTERS, INC. ("KinderCare") and Plaintiffs THERESA

3    BUCKMAN-FALDUTI and TODD FALDUTI stipulate to extend the court ordered mediation

4    deadline in this matter from to July 29, 2009 to September 14, 2009 for the reasons stated in the

5    Declaration of Giovanna A. Ferrari attached hereto as Exhibit A.  This stipulation is made on the

6    condition that such extension does not effect any party's right to move for or stipulate to an

7    extension of any other deadline if such motion or stipulation is warranted.

8        IT IS SO STIPULATED.

9    DATED: May 22, 2009                    SEYFARTH SHAW LLP

10                                          By
11                                             Jay W. Connolly
                                             Giovanna A. Ferrari
12                                       Attorneys for Defendant
                                         KINDERCARE LEARNING CENTERS, INC.

13   DATED: May 22, 2009                    ESTEY & BOMBERGER, LLP

14                                          BY
15                                             Stephen Estey
                                          Attorneys for Plaintiffs
16                                        THERESA    BUCKMAN-FALDUTI    AND
                                          TODD FALDUTI

17   DATED: May 22, 2009                    LAW OFFICE OF DONALD J. BECK

18                                          BY
19                                             Donald J. Beck
                                          Attorneys for Plaintiffs
20                                        THERESA BUCKMAN-FALDUTI AND
                                          TODD FALDUTI

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22   Dated:  May 26, 2009

23                                             Hon. Judge Claudia Wilken

24

25

26

27

28

                                         2
─────────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR COURT ORDERED MEDIATION
                     CASE NO. C 08-04778 CW

## EXHIBIT A: DECLARATION OF GIOVANNA A. FERRARI

I, Giovanna A. Ferrari, declare:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California.  I am an associate at the law firm of Seyfarth Shaw LLP, attorneys of record for Defendant KINDERCARE LEARNING CENTERS, INC. ("KinderCare").  The following facts are personally known to me, and if called as a witness, I could and would competently testify thereto.

2.      There has been only one other stipulatin to extend time in this matter:  On November 20, 2008, the parties stipualted to extend the time for KinderCare to answer the complaint.

3.      On February 6, 2009, this Court issued a Minute Order and Case Management Order which included a private mediation deadline of July 29, 2009.  Trial is currently set for June 1, 2010.

4.      On April 22, 2009, Plaintiffs filed a first amended complaint which altered the parties to the case and changed the causes of action against KinderCare.

5.      KinderCare assigned new lead trial counsel in May 2009.  See Notice of Substitution of Counsel filed concurrently herewith.

6.      Extending the court ordered mediation deadline will allow the parties and new counsel to conduct necessary discovery based on the amended complaint and to better prepare for and participate in the mediation.

7.      The stipulation will not have an effect on any other court ordered deadlines, but is made on the condition that such extension does not effect any party's right to move for or stipulate to an extension of any other deadline if such motion or stipulation is warranted.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed this 22nd day of May 2009, at San Francisco, California.

Giovanna A. Ferrari

4