1  SEYFARTH SHAW LLP
   Jay W. Connolly (State Bar No. 114725) jconnolly@seyfarth.com
2  Giovanna A. Ferrari (State Bar No. 229871) gferrari@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California  94105-2930
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   Email: gferrari@seyfarth.com
5
   Attorneys for Defendant
6  KINDERCARE LEARNING CENTERS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 THERESA BUCKMAN–FALDUTI, an           )  Case No. C 08-04778 CW
   individual; TODD FALDUTI, and individual, )
12                                         )  **AMENDED ORDER RE THE TIME**
              Plaintiffs,                  )  **FOR DEFENDANT TO FILE ITS**
13                                         )  **MOTION FOR SUMMARY**
        vs.                                )  **JUDGMENT**
14                                         )
   KINDERCARE LEARNING CENTERS, INC., )
15 a Delaware corporation,                 )
                                           )
16            Defendant.                   )
                                           )
17

18     Having considered the stipulation submitted by the parties,

19     IT IS HEREBY ORDERED that Defendant shall file its motion for summary judgment

20 by Novmeber 10, 2009, and notice the motion for hearing on December 17, **2009.**  Plaintiffs'

21 opposition will be due November 24, 2009, and any reply by Defendant will be due December 1,

22 2009.

23     11/4/09

24 Dated: _____

25                                              _____
                                                Hon. Judge Claudia Wilken
26

27

28

                                          1
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT TO FILE AND
SERVE REPLY BRIEF ISO ITS MOTION FOR SUMMARY JUDGMENT / CASE NO. C 08-04778 CW