1  SEYFARTH SHAW LLP
   Jay W. Connolly (State Bar No. 114725) jconnolly@seyfarth.com
2  Giovanna A. Ferrari (State Bar No. 229871) gferrari@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California  94105-2930
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   Email: gferrari@seyfarth.com
5
   Attorneys for Defendant
6  KINDERCARE LEARNING CENTERS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 THERESA BUCKMAN–FALDUTI, an           ) Case No. C 08-04778 CW
   individual; TODD FALDUTI, and individual, )
12                                         ) **STIPULATION AND ORDER TO**
                  Plaintiffs,              ) **EXTEND THE TIME FOR (1) MOTION**
13                                         ) **FOR SUMMARY JUDGMENT**
           vs.                             ) **HEARING; (2) DEADLINES**
14                                         ) **ASSOCIATED WITH MOTION FOR**
   KINDERCARE LEARNING CENTERS, INC., )     **SUMMARY JUDGMENT HEARING;**
15 a Delaware corporation,                 ) **(3) FACT AND EXPERT DISCOVERY**
                                           ) **DEADLINES; AND (4) CASE**
16                Defendant.               ) **MANAGEMENT CONFERENCE AS**
                                           ) **MODIFIED**
17                                         )
                                           )
18                                         )
                                           )
19

20         Pursuant to Local Rules 6-2 and 7-12, Defendant KINDERCARE LEARNING

21 CENTERS, INC. ("KinderCare") and Plaintiffs THERESA BUCKMAN-FALDUTI and TODD

22 FALDUTI (collectively, the "Parties") stipulate to extend the time for the motion for summary

23 judgment hearing, the completion of fact and expert discovery deadlines, and the case

24 management conference in this matter from Thursday, December 17, 2009 to Thursday, January

25 14, 2010 for the reasons stated in the Declaration of Giovanna A. Ferrari attached hereto as

26 Exhibit A.   The parties further stipulate to extend all deadlines related to the motion for

27 summary judgment hearing in accordance with a January 14, 2010 hearing date.   The parties

28
                                              1

1  also stipulate to extend the deadline for the exchange of expert disclosures and reports pursuant
2  to Federal Rule of Civil Procedure 26 from Friday, November 6, 2009 to Friday, November 13,
3  2009.

4      IT IS SO STIPULATED.

5  DATED:  November 5, 2009          SEYFARTH SHAW LLP

6                                     By:____/s/ Giovanna A. Ferrari_____
7                                           Jay W. Connolly
                                           Giovanna A. Ferrari
                                  Attorneys for Defendant
8                                  KINDERCARE LEARNING CENTERS, INC.

9  DATED:  November 5, 2009          ESTEY &BOMBERGER, LLP

10 SF1 28374759.1                       By____/s/ Stephen Estey_____
11                                          Stephen Estey
                                           Michael Bomberger
                                  Attorneys for Plaintiffs
12                                  THERESA BUCKMAN-FALDUTI AND
                                  TODD FALDUTI
13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE MOTION WILL BE DECIDED ON THE PAPERS.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 4/13/10 AT 2:00 P.M.**
15
16  Dated:  11/9/09 _____
17                                         _____
                                           Hon. Judge Claudia Wilken

18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR MOTION FOR SUMMARY JUDGMENT HEARING, BRIEFING DEADLINES ASSOCIATED WITH MOTION FOR SUMMARY JUDGMENT HEARING, FACT AND EXPERT DISCOVERY DEADLINES, AND CASE MANAGEMENT CONFERENCE / CASE NO. C 08-04778 CW