SEYFARTH SHAW LLP
Jay W. Connolly (State Bar No. 114725) jconnolly@seyfarth.com
Giovanna A. Ferrari (State Bar No. 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gferrari@seyfarth.com

Attorneys for Defendant
KINDERCARE LEARNING CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BUCKMAN–FALDUTI, an individual; TODD FALDUTI, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KINDERCARE LEARNING CENTERS, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-04778 CW<br><br>**STIPULATION TO EXTEND THE TIME FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY** |

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate to extend the deadlines for expert disclosures and expert discovery as follows:

(1) The deadline for serving expert disclosures and reports is extended from Friday, October 30, 3009 to Friday, November 6, 2009;

(2) The deadline for serving rebuttal expert disclosures and reports is extended from Wednesday, November 25, 2009 to Monday, December 7, 2009; and

(3) The deadline for completing expert discovery is extended from Thursday, December 17, 2009 to Thursday, December 24, 2009.

1  IT IS SO STIPULATED.

2  DATED:  October 29, 2009                    SEYFARTH SHAW LLP

3                                              By    /s/ Giovanna A. Ferrari
                                                     Jay W. Connolly
4                                                    Giovanna A. Ferrari
                                              Attorneys for Defendant
5                                             KINDERCARE LEARNING CENTERS, INC.

6  DATED:  October 29, 2009                    ESTEY &BOMBERGER, LLP

7                                              By    /s/ Stephen Estey
                                                     Stephen Estey
8                                              Attorneys for Plaintiffs
                                               THERESA   BUCKMAN-FALDUTI   AND
9                                              TODD FALDUTI

IT IS SO ORDERED

*signature*

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Attestation Pursuant to General Order No. 45, Section X**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: October 29, 2009                    /s/ Giovanna A. Ferrari