1  Stephen J. Estey (Bar No. 163093)
   steve@estey-bomberger.com
2  R Michael Bomberger (Bar No. 169866)
   mike@estey-bomberger.com
3  ESTEY & BOMBERGER, LLP
   2869 India Street
4  San Diego, CA 92103
   Telephone:  (619) 295-0035
5  Facsimile:  (619) 295-0172

6  Donald J. Beck (Bar No. 70108)
   Law Office of Donald J. Beck
7  2217 Galveston Street
   San Diego CA 92110
8  Phone (619) 990-2524

9  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 THERESA BUCKMAN- FALDUTI, an        )  Case No.: C 08-04778 CW
   individual; TODD FALDUTI, an individual,  )
14                                       )  **STIPULATION AND ORDER TO**
                  Plaintiffs,            )  **EXTEND THE TIME FOR EXPERT**
15                                       )  **DEPOSITIONS; MOTIONS TO COMPEL**
            vs.                          )  **EXPERT DISCOVERY; HEARING ON**
16                                       )  **MOTION FOR SUMMARY JUDGMENT**
   KINDERCARE LEARNING CENTERS,         )  **AND TRIAL DATE; DECLARATION OF**
   INC., a Delaware corporation,         )  **STEPHEN J. ESTEY IN SUPPORT**
17                                       )  **THEREOF**
                  Defendant.            )
18 _____ )

19                                          Judge:   Hon. Claudia Wilkin
                                            Dept:    Courtroom 2, 4th Floor

20

21         Pursuant to Local Rules 6-2 and 7-12, Defendant KINDERCARE LEARNING

22 CENTERS, INC. ("KinderCare") and Plaintiffs THERESA BUCKMAN-FALDUTI and TODD

23 FALDUTI (collectively, the "Parties") stipulate to extend:

24         (1)      The time to complete the depositions of Todd Falduti and the following

25                  fact witnesses: Amber Bushaw, Sylvia Fish and Susan Berry from

26                  Thursday, January 14, 2010 to Wednesday, April 14, 2010;

27         (2)      The time to file and serve motions to compel fact discovery from Tuesday,

28                  January 27, 2010 to Friday, April 23, 2010;

1     (3)     The time to complete retained and non-retained expert depositions from

2     Thursday, January 14, 2010 to Wednesday, April 14, 2010;

3     (4)     The time to file and serve motions to compel retained and non-retained

4     expert discovery from Tuesday, January 27, 2010 to Friday, April 23,

5     2010;

6     (5)     The hearing date on defendant's Motion for Summary Judgment (and

7     related briefing deadlines) from Thursday, January 14, 2010 to Thursday,

8     April 15, 2010;[1]

9     (6)     The January 14, 2010 Case Management Conference to April 15, 2010:

10     (7)     The May 18, 2010 Final Pretrial Conference to November 9, 2010; and

11     (8)     The trial date in this matter from Tuesday, June 1, 2010 to Monday,

12     November 29, 2010

13     for the reasons stated in the Declaration of Stephen J. Estey attached hereto as Exhibit "A".

14     IT IS SO STIPULATED.

15     DATED:  December 17, 2009     SEYFARTH SHAW LLP

16     By:   /s/ Giovanna A. Ferrari

17     Jay W. Connolly
     Giovanna A. Ferrari

18     Attorneys for Defendant
     KINDERCARE LEARNING CENTERS, INC.

19

20     DATED:  December 17, 2009     ESTEY &BOMBERGER, LLP

21     By:   /s/ Stephen Estey
     Stephen Estey

22     Michael Bomberger
     Attorneys for Plaintiffs

23     THERESA BUCKMAN-FALDUTI AND
     TODD FALDUTI

24

25     ///

26     ///

27     [1] Pursuant to this Court's November 9, 2009 Order, the Court will decide Defendant's

28     Motion for Summary Judgment on the papers and no hearing will take place unless requested by the Court.

STIPULATION & ORDER TO EXTEND EXPERT DEPOSITION,
MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON
MOTION FOR SUMMARY JUDGMENT AND TRIAL DATE;
DECLARATION OF STEPHEN J. ESTEY

2     Case No.: C 08-04778 CW

1          PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THAT ARGUMENT**

2    **ON THE MOTION FOR SUMMARY JUDGMENT WILL BE HEARD ON APRIL 15, 2010 AT 2:00 P.M. UNLESS IT HAS EARLIER BEEN DECIDED ON THE PAPERS.**

3

4    Dated: _____ 12/23/09          _____

5                                            Hon. Judge Claudia Wilken

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STPULATION & ORDER TO EXTEND EXPERT DEPOSITION,
MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON
MOTION  FOR SUMMARY JUDGMENT AND TRIAL DATE;
DECLARATION OF STEPHEN J. ESTEY

                          3          Case No.: C 08-04778 CW

## EXHIBIT A: DECLARATION OF STEPHEN J. ESTEY

I, Stephen J. Estey, declare:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California.  I am a shareholder of Estey & Bomberger, LLP, attorneys of record for plaintiffs herein.  The following facts are personally known to me, except as to those matters stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2.     As of the date of this Stipulation, the following stipulations to extend time have been filed in this matter:  (1) On November 20, 2008, the parties stipulated to extend the time for KinderCare to answer the complaint; (2) on May 22, 2009, the parties stipulated to extend the time to complete mediation; (3) on October 28, 2009, the parties stipulated to extend the time for KinderCare to file its reply brief in support of its motion for summary judgment; (4) on October 29, 2009, the parties stipulated to extend the expert discovery deadline; and (5) on November 5, 2009, the parties stipulated to extend the motion for summary judgment, discovery, and case management deadlines.

3.     On February 6, 2009, this Court issued a Minute Order and Case Management Order which scheduled the expert discovery cut-off on December 17, 2009.  On November 9, 2009, this Court granted the parties' stipulation to continue the expert discovery deadline to January 14, 2010.  Trial is currently set for June 1, 2010.

4.     The parties disclosed 4 retained experts on November 13, 2009 (2 per party).

5.     On December 7, 2009, defense counsel informed Plaintiffs that it would be taking the deposition of a non-retained expert (Plaintiff Theresa Falduti's physician).  Defense counsel is currently attempting to negotiate available deposition dates with Ms. Falduti's physician.

6.     Also on December 7, 2009, Plaintiffs disclosed an additional expert witness.

7.     Several of the expert depositions will occur in Southern California.

8.     Due to the holidays, travel time and the availability of the various experts and counsel for the depositions, the parties are unable to complete the percipient and expert depositions by the current expert discovery cut-off of January 14, 2010.

///

STIPULATION & ORDER TO EXTEND EXPERT DEPOSITION, MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON MOTION  FOR SUMMARY JUDGMENT AND TRIAL DATE; DECLARATION OF STEPHEN J. ESTEY

4

Case No.: C 08-04778 CW

9.      Settlement discussions are actively ongoing and the parties believe a continuance of the hearing and briefing schedule on defendant's Motion for Summary Judgment and the percipient and expert discovery cut-offs as set forth above is critical to allow them to re-engage the mediator and provide additional time to resolve this case.  Further, I am informed and believe that defense counsel has trials in other matters from late-February 2010 through March 2010, further necessitating the continuances.

10.     The parties also seek to continue the trial date which is currently set for June 1, 2010 to Monday, November 29, 2010 to accommodate the continuances and scheduling conflicts referenced above.

11.     The parties also request a continuance of the January 14, 2010 Case Management Conference to April 15, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17th day of December 2009, at San Diego, California.

    /s/ Stephen J. Estey
Stephen J. Estey, Declarant

STIPULATION & ORDER TO EXTEND EXPERT DEPOSITION,
MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON
MOTION  FOR SUMMARY JUDGMENT AND TRIAL DATE;
DECLARATION OF STEPHEN J. ESTEY

5

Case No.: C 08-04778 CW