1  Stephen J. Estey (Bar No. 163093)
   steve@estey-bomberger.com
2  R Michael Bomberger (Bar No. 169866)
   mike@estey-bomberger.com
3  ESTEY & BOMBERGER, LLP
   2869 India Street
4  San Diego, CA 92103
   Telephone:  (619) 295-0035
5  Facsimile:  (619) 295-0172

6  Donald J. Beck (Bar No. 70108)
   Law Office of Donald J. Beck
7  2217 Galveston Street
   San Diego CA 92110
8  Phone (619) 990-2524

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BUCKMAN- FALDUTI, an individual; TODD FALDUTI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KINDERCARE LEARNING CENTERS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: C 08-04778 CW<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR EXPERT DEPOSITIONS; MOTIONS TO COMPEL EXPERT DISCOVERY; AND HEARING ON MOTION FOR SUMMARY JUDGMENT; DECLARATION OF STEPHEN J. ESTEY IN SUPPORT THEREOF**<br><br>Judge:   Hon. Claudia Wilkin<br>Dept:    Courtroom 2, 4th Floor |

Pursuant to Local Rules 6-2 and 7-12, Defendant KINDERCARE LEARNING CENTERS, INC. ("KinderCare") and Plaintiffs THERESA BUCKMAN-FALDUTI and TODD FALDUTI (collectively, the "Parties") stipulate to extend:

(1)   The time to complete the depositions of Todd Falduti and the following fact witnesses: Amber Bushaw, Susan Berry, and Dr. Juan Vargas from Wednesday, April 14, 2010 to Wednesday, July 14, 2010;

(2)   The time to file and serve motions to compel fact discovery from Friday,

STPULATION & ORDER TO EXTEND EXPERT DEPOSITION, MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON MOTION FOR SUMMARY JUDGMENT AND TRIAL DATE; DECLARATION OF STEPHEN J. ESTEY

1

Case No.: C 08-04778 CW

|   |      |                                                                                  |
|---|------|----------------------------------------------------------------------------------|
| 1 |      | April 23, 2010 to Wednesday, July 21, 2010;                                      |
| 2 | (3)  | The time to complete retained and non-retained expert depositions from           |
| 3 |      | Wednesday, April 14, 2010 to Wednesday, July 14, 2010;                           |
| 4 | (4)  | The time to file and serve motions to compel retained and non-retained           |
| 5 |      | expert discovery from Friday, April 23, 2010 to Wednesday, July 21, 2010;        |
| 6 | (5)  | The hearing date on defendant's Motion for Summary Judgment (and                 |
| 7 |      | related briefing deadlines) from Thursday, April 15, 2010 to Thursday, July      |
| 8 |      | 15, 2010; and                                                                    |
| 9 | (6)  | The Case Management Conference from Thursday, April 15, 2010 to                  |
| 10|      | Thursday, July 15, 2010.                                                         |

for the reasons stated in the Declaration of Stephen J. Estey attached hereto as Exhibit "A".

The parties stipulate that it is not necessary to continue the November 9, 2010 Final Pretrial Conference and the November 29, 2010 trial date at this time.

IT IS SO STIPULATED.

DATED: March 17, 2010                   SEYFARTH SHAW LLP

                                        By:  /s/ Giovanna A. Ferrari
                                             Jay W. Connolly
                                             Giovanna A. Ferrari
                                        Attorneys for Defendant
                                        KINDERCARE LEARNING CENTERS, INC.


DATED: March 17, 20010                  ESTEY &BOMBERGER, LLP

                                        By:  /s/ Stephen J. Estey
                                             Stephen Estey
                                             Michael Bomberger
                                        Attorneys for Plaintiffs
                                        THERESA BUCKMAN-FALDUTI AND
                                        TODD FALDUTI


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/25/10  _____           [signature]

_____       Hon. Judge Claudia Wilken

STPULATION & ORDER TO EXTEND EXPERT DEPOSITION, MOTION TO COMPEL EXPERT DISCOVERY, HEARING ON MOTION FOR SUMMARY JUDGMENT AND TRIAL DATE; DECLARATION OF STEPHEN J. ESTEY

2

Case No.: C 08-04778 CW