1   SEYFARTH SHAW LLP
    Jay W. Connolly (State Bar No. 114725) jconnolly@seyfarth.com
2   Giovanna A. Ferrari (State Bar No. 229871) gferrari@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105-2930
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549
    Email: gferrari@seyfarth.com

5
    Attorneys for Defendant
6   KINDERCARE LEARNING CENTERS, INC.

7

8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11  THERESA BUCKMAN–FALDUTI, an         )   Case No. C 08-04778 CW
    individual; TODD FALDUTI, and individual, )
12                                       )   **STIPULATION AND ORDER OF**
                 Plaintiffs,             )   **DISMISSAL WITH PREJUDICE**
13                                       )
            vs.                          )
14                                       )
    KINDERCARE LEARNING CENTERS, INC., )
15  a Delaware corporation,              )
                                         )
16               Defendant.             )
17  —————————————————————————————

18          IT IS HEREBY STIPULATED by and between the parties to this action through their

19  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

20  pursuant to FRCP 41(a)(1).

21          IT IS SO STIPULATED.

22  DATED:  May 6, 2010                    ESTEY &BOMBERGER, LLP

23                                          By_____/s/ Stephen J. Estey_____
                                                        Stephen Estey
24                                                      Michael Bomberger
                                            Attorneys for Plaintiffs
25                                          THERESA BUCKMAN-FALDUTI AND
                                            TODD FALDUTI
26

27  ///

28  ///

DATED:  May 18, 2010                     SEYFARTH SHAW LLP

                                         By:_____/s/ Jay W. Connolly_____
                                                 Jay W. Connolly
                                                 Giovanna A. Ferrari
                                         Attorneys for Defendant
                                         KINDERCARE LEARNING CENTERS, INC.

## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated:  5/27/2010

_____
Hon. Judge Claudia Wilken

12263002v.1